Your Honor

My name is John Allen Wise Case # DNCW117CR000133-001. Sir I'm writing you from FMC Lexington Ky. The Reason for This Letter is To ask you for your Help in getting The 9 months jail Credit from The Time I was in fed custody Awaiting sentencing. My Lawyer James Kilborne Told me That I would recieve Credit for This Time. Sir I know your a Busy man And I Thank you for your Time. If Their is Anyway you can Help me please find it in your Heart To Do so.

Thank you

John Wise

RECEIVED
ASHEVILLE, N.C.
MAY 04 2020
Clerk, U.S. Dist. Court
W. Dist. of N.C.